UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARIA RIZWAN BOKHARI,

                        Plaintiff,                    ORDER

vs.

                                                           24-cv-6735-MAV

UNIVERSITY OF ROCHESTER MEDICAL CENTER,

                        Defendant.

_____

       On May 12, 2025, Defendant the University of Rochester Medical Center filed an application for admission *pro hac vice* in favor of Jillian Tattersall, Esq. ECF No. 10; *see also* ECF No. 12. As set forth below, Ms. Tattersall's application does not comply with this Court's Local Rules of Civil Procedure, therefore, the application is denied without prejudice.

       Attorney admission to practice in the Western District of New York is governed by Rule 83.1 of the Local Rules of Civil Procedure. It is unclear from Ms. Tattersall's application whether she intends to apply for admission *pro hac vice* pursuant to Local Rule 83.1(a), pertaining to attorneys admitted to another district court in New York, or Local Rule 83.1(b), pertaining to attorneys admitted in New York State. Under either rule, Ms. Tattersall's application is incomplete.

       Rule 83.1(a) requires an attorney admitted to practice in the Southern, Eastern, or North District of New York to submit, *inter alia*, a "Certificate of Good Standing from the Clerk of Court of which he or she is a member (dated no later than six (6) months prior to submission to this Court")." W.D.N.Y. Loc. R. 83.1(a)(1). This is

missing from Ms. Tattersall's instant application. Alternatively, Rule 83.1(b) requires an attorney admitted to practice in New York State to submit a complete Admission Sponsor Affidavit. W.D.N.Y. Loc. R. 83.1(b)(2). The sponsoring affidavit submitted with Ms. Tattersall's application is incomplete, for example, by failing to provide an answer to Question 4. ECF No. 10-1. It also includes an erroneous date regarding how long the sponsoring attorney has known the petitioner. *See id.*

## CONCLUSION

For the forgoing reasons, Ms. Tattersall's application for admission *pro hac vice* fails to satisfy either Local Rule 83.1(a) or Local Rule 83.1(b). Therefore, the application, ECF No. 10, supplemented by ECF No. 12, is DENIED WITHOUT PREJUDICE.

SO ORDERED.

Dated:   May 14, 2025
         Rochester, New York

                                                  _____
                                                  HON. MEREDITH A. VACCA
                                                  United States District Judge